1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
2 | **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
  | **COOK COLLECTION ATTORNEYS**
  | **A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
  | San Francisco, CA  94102
4 | Mailing Address: P.O. Box 270
  | San Francisco, CA  94104-0270
5 | Tel.: (415) 989-4730
  | Fax: (415) 989-0491
6 | File No. 51,409

JS - 6

Attorneys for Plaintiff
MAIN EVENTS/MONITOR PRODUCTIONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| MAIN EVENTS/MONITOR PRODUCTIONS, | ) CASE NO.  CV 07-8059-R |
|---|---|
| Plaintiff, | ) JUDGMENT FOR RENEWAL |
| vs. | ) |
| HILDA HERAS doing business as El Sinola; JOSE MANUEL NERAS doing business as El Sinola, | ) |
| Defendants. | ) |

Based upon the fact that Plaintiff has obtained a judgment against Hilda Hera dba El Sinola in that action entitled *Main Events/Monitor Productions vs. Hilda Heras*, Case No. 2:96-cv-08822-AAH-SH ("Original Action"), and that the date of the entry of judgment herein is 11/18/97, and that an action for renewal was timely filed on 12/11/07, and that the filing of the action to renew was timely under FRCP 58(b)(2)(B) [180 days], and Rule 4 [30 days], and that the default of the Defendant has been taken herein, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the court shall enter the Default Judgment to and against Defendant HILDA HERAS doing business as El Sinola.

JUDGMENT FOR RENEWAL - CASE NO. CV 07-8059-R                                                                                   1

IT IS FURTHER ORDERED that the judgment in favor of Plaintiff MAIN EVENTS/MONITOR PRODUCTIONS to and against Defendant HILDA HERAS doing business as El Sinola, arising out of the Original Action, be and the same is hereby renewed, in which the amount thereof is $9,000, plus accrued interest in the amount of $2,250, for a total of $11,250.

DATED: __December 1, 2008__                    _____
                                                MANUEL REAL
                                                JUDGE OF THE UNITED STATES
                                                DISTRICT COURT

C:\Temp\notesFFF692\herasdefaultord.wpd